# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHAD PERKINS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) MATCH GROUP, INC., d/b/a ) OKCUPID, ) ) Defendant. ) | Case No.: 1:17-cv-02988<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff, Chad Perkins, through his undersigned counsel, voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal is with prejudice, with each side to bear its own costs and fees.

Dated: June 20, 2017
                                                     s/ William M. Sweetnam

                                             William M. Sweetnam
                                             SWEETNAM LLC
                                             100 North La Salle Street, Suite 2200
                                             Chicago, Illinois 60602
                                             (312) 757-1888
                                             wms@sweetnamllc.com

                                             *Attorneys for Plaintiff Chad Perkins*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have served the foregoing document by electronic mail (e-mail) to the following non-CM/ECF participants:

>MATCH GROUP, INC.
>Casey A. Burton
>8750 North Central Expressway, Suite 1400
>Dallas, Texas 75231
>casey.burton@match.com

>_s/ William M. Sweetnam_